UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES – CHANGE OF PLEA

| Case No. | **EDCR 21-00170-VAP** | | | Date | **September 29, 2021** | | |
|---|---|---|---|---|---|---|---|
| Present: The Honorable | VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE | | | | | | |
| Interpreter | N/A | | | | | | |
| Christine Chung | | Myra Ponce | | | Matthew O'Brien<br>Joseph O. Johns | | |
| *Deputy Clerk* | | *Court Reporter* | | | *Assistant U.S. Attorney* | | |
| **U.S.A. v. Defendant(s)** | Present | Custody | Bond | **Attorneys for Defendant(s)** | Present | App. | Ret. |
| Carl Bradley Johansson | X | X | | Mark J. Werksman<br>Karen M. Sosa | X<br>X | | X<br>X |
| **Proceedings:** | CHANGE OF PLEA TO COUNTS ONE AND THREE OF THE INDICTMENT | | | | | | |

    Case called with Case No. EDCR 18-00114(B)-VAP-3: U.S.A. v. [3] Carl Bradley Johansson. Appearances made.

    Defendant is sworn and states his true name as charged. Defendant moves to withdraw previous plea of Not Guilty to counts one and three of the Indictment.

    Defendant now enters a new and different plea of GUILTY to counts one and three of the Indictment.

    The Court questions the defendant regarding the plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.

    The Court refers the defendant to the U.S. Probation Office for investigation and report, and continues the matter to May 9, 2022 at 9:00 a.m., for sentencing. The jury trial is vacated as to Defendant Carl Bradley Johansson.

    **The Court further orders that Defendant Carl Bradley Johansson be evaluated forthwith for his mental health condition and be provided all mental health treatment as needed.**

    See separate Change of Plea Minute Order filed in EDCR 18-00114(B)-VAP-3: U.S.A. v. Carl Bradley Johansson.

    **Counsel are notified that Federal Rule of Criminal Procedure 32(f)(1) & (2) requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt. Alternatively, the Court will permit counsel to file such objections no later than twenty-one (21) days before Sentencing. The Court construes "objections" to**

**include departure arguments.  Requests for continuances shall be filed no later than twenty-one (21) days before Sentencing.  Strict compliance with the above is <u>mandatory</u> because untimely filings impede the abilities of the Probation Office and of the Court to prepare for Sentencing.  Failure to meet these deadlines is grounds for sanctions.**

*cc:       U.S. Probation Office; USM; BOP; MDC*