Mark J. Werksman, Esq. (State Bar No. 120767)
Karen M. Sosa, Esq. (State Bar No. 318399)
WERKSMAN JACKSON & QUINN, LLP
888 West Sixth Street, Fourth Floor
Los Angeles, California 90017
Telephone: (213) 688-0460
Facsimile: (213) 624-1942

CC: USPO

NOTE: CHANGES MADE BY THE COURT

Attorneys for Defendants
Carl Bradley Johansson and
Western Distribution, LLC

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 5:21-CR-00170-VAP |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER CONTINUING SENTENCING DATE** |
| WESTERN DISTRIBUTION, LLC. and CARL BRADLEY JOHANSSON | ) SENTENCING DATE: 8/22/2022 |
| Defendants. | ) |

The Court has read and considered the Stipulation regarding request for continuance of sentencing and sentencing position paper deadlines, filed by the parties in this matter on April 12, 2022. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, contains facts sufficient to demonstrate good cause to continue the sentencing date in this matter.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The sentencing in this matter is continued from May 9, 2022, to August 22, 2022, at 9:00 a.m. The parties must file all objections to the Presentence Report and Sentencing position papers not later than August 1, 2022.

//

1

2. All defendants shall appear in Courtroom **6A** of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on **August 22, 2022,** at 9:00 a.m. for Sentencing.

IT IS SO ORDERED.

 April 12, 2022
DATE

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE