# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

cc:USPO

( __ Amended _____ )

Case No.  ED CR 18-114-VAP-3
          ED CR 21-170-VAP-2 ✓                                              Date   11/29/22

Present: The Honorable   Virginia A. Phillips, District Judge

| Wendy Hernandez | Myra Ponce | Matthew O'Brien |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Carl Bradley Johansson | x | | Edward Robinson | | | x | None |

**PROCEEDINGS:**  SENTENCING AND JUDGMENT HEARING   ☐ Contested   ☐ Non-Evidentiary

Day ___ (if continued from a prior hearing date)

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   **X** Refer to separate Judgment Order.
___ Imprisonment for _Years/months_____ on each of counts _____
    Count(s) _____ concurrent/consecutive to count(s) _____
___ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
___ Confined in jail-type institution for _____ to be served on consecutive days/weekends
    commencing _____
___ years/months Supervised Release/Probation imposed on count(s) _____
    consecutive/concurrent to count(s) _____
    under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under
    the direction of the Probation Office:
    ___ Perform _____ hours of community service.
    ___ Serve _____ in a CCC/CTC.
    ___ Pay $_____ fine amounts & times determined by P/O.
    ___ Make $_____ restitution in amounts & times determined by P/O.
    ___ Participate in a program for treatment of narcotic/alcohol addiction.
         Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with
         rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the
    ___ nearest P/O within 72 hours.
    ___ Other conditions: _____
___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant
    does not have the ability to pay.
                                       per count, special assessment to the United States for a
___ Pay $_____ total of                                                $_____
___ Imprisonment for _months/years___ and for a study pursuant to 18 USC _____
    with results to be furnished to the Court within _days/months_____ whereupon the sentence shall be subject to
    modification. This matter is set for further hearing on _____
**X** On government's motion, all remaining counts are ordered dismissed.
**X** Defendant informed of right to appeal.
**X** ORDER sentencing transcript for Sentencing Commission.   **X** Processed statement of reasons.
___ Bond exonerated _____ upon surrender _____ upon service of _____
___ Execution of sentence is stayed until 12 noon, _____
    at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the
    U.S. Marshal.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Issued Remand/Release          # _____
___ Present bond to continue as bond on appeal.   ___ Appeal bond set at  $_____
**X** Filed and distributed judgment. ENTERED.
**X** Motion to Withdraw Guilty Plea [389], [390] is denied.

                                                                      ___1___  :  __00__

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

cc:USPO

Initials of Deputy Clerk    WH